UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH W. WADE,

                              Plaintiff,

-v-

NEW YORK STATE DEPARTUMENT OF
STATE OFFICE OF PLANNING, DEVELOPMENT
AND COMMUNITY INFRASTRUCTURE.,

                              Defendant.

23 Civ. 4707 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 30, 2023, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 20. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by December 21, 2023. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by January 11, 2024, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by December 21, 2023. Defendant's reply, if any, shall be served by January 4, 2024. At the time any reply is served, the moving party shall supply the

---

[1] If defendant files a new motion to dismiss or relies on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

By separate order, the Court will refer the pending motion to Magistrate Judge Sarah L. Cave for a Report and Recommendation.

SO ORDERED.

                                                                                            *Paul A. Engelmayer*
                                                                                           PAUL A. ENGELMAYER
                                                                                           United States District Judge

Dated: December 1, 2023
           New York, New York