The Honorable Paul A. Engelmayer
United States District Judge

The Honorable Sarah Cave
United States Magistrate Judge

Plaintiff's request at ECF No. 28 to file a 52-page Amended Complaint is GRANTED, the deadline for which remains **December 21, 2023**.  (ECF No. 26).

The Clerk of Court is respectfully directed to close ECF No. 28.

SO ORDERED.    12/20/2023

SARAH L. CAVE
United States Magistrate Judge

United States District Court, Southern District of New York
40 Foley Square
New York, New York 1000

### REQUEST FOR PAGE-LIMIT EXTENTION

Joseph W. Wade v. Robert J. Rodriguez, in his official capacity as Secretary of State, New York Department of State, 23 Civ. 4707 (PAE)

Dear Judge Engelmayer and Judge Cave,

I write to respectfully request an extension of the page-limit for the Plaintiff's anticipated Amended Compliant to 52 pages.

There have been no previous requests for extensions by the Plaintiff. On November 16, 2023 the Defense was issued a page extension for their motion to dismiss.

The reason for this request is that to fully articulate the matter at hand the Plaintiff requires extra pages. This brief extension will allow adequate space to finalize adequately the complaints against the defending parties. At this time, the defendant has not answered or consented to my request for an extension of the page-limit, although they have not expressly refused consent either.

Respectfully submitted,

Joseph Wade
Pro Se Litigant
12/19/2023