UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH WADE,

                Plaintiff,

-v-                                                 CIVIL ACTION NO. 23 Civ. 4707 (PAE) (SLC)

ROBERT RODRIGUEZ, in his official capacity, et al.,     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 4, 2024, pro se Plaintiff Joseph Wade ("Mr. Wade") filed two documents, docketed as "Proposed Case Report & Proposed Case Management Plan for Pro Se Case" and "Declaration." (ECF Nos. 59–60). Although it appears that Mr. Wade intended for ECF No. 59 to be his proposed case management plan ("PCMP"), both ECF No. 59 and ECF No. 60 are the same copy of his Declaration. (Compare ECF No. 59 with ECF No. 60). Accordingly, the Court has not received or reviewed Mr. Wade's PCMP.

On March 5, 2024, Defendants filed a PCMP (ECF No. 62) and a letter requesting that discovery be stayed pending resolution of their motion to dismiss (ECF No. 61).

Accordingly, by **March 13, 2024**, Mr. Wade may file (i) his PCMP, and (ii) a response to Defendants' request to stay discovery. The initial case management conference scheduled for March 12, 2024 is ADJOURNED sine die pending resolution of Defendants' request to stay discovery.

Dated:  New York, New York
        March 6, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

2